United States District Court
Southern District of Texas
**ENTERED**
June 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DIANE JACOBS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-65 |
| | § | |
| HENRY ANDREW TROCHESSET, *et al*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before July 5, 2017, that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 7th day of June, 2017.

George C. Hanks Jr.
United States District Judge