IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ESTATE OF JESSE C. JACOBS, <br> DIANE JACOBS, AND JESSE R. JACOBS <br> <br> VS. <br> <br> GALVESTON COUNTY, ET. AL. Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 3:16-cv-00065 <br> JURY DEMANDED |

**NOTICE OF SETTLEMENT**

To The Honorable Judge Hanks:

Plaintiffs Diane Jacobs and Jesse R. Jacobs notice this court the following:

The parties have reached a settlement agreement; however, the parties remain in need of additional time to finalize and completely document the settlement. The parties agreed as a condition of the settlement that the settlement would be completed within 45 days of entering the settlement agreement, by Thursday, July 20, 2017.

Therefore, Plaintiffs seek an extension from this court to allow the parties to finalize and completely document the settlement agreement of the parties, the dismissal of the case be extended until after July 20, 2017.

Respectfully submitted,
*/s/ U. A.Lewis*
U. A. Lewis
THE LEWIS LAW GROUP, PLLC
PO Box 27353
SBN 24076511
Federal Bar No. 1645666
Houston, TX 77227
e-mail: myattorneyatlaw@gmail.com
Telephone:  713-570-6555
Facsimile: 713-581-1017
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following parties by electronic mail, facsimile, or other permissible means on July 6, 2017.

Paul A Ready
Paul.Ready@co.galveston.tx.us,
Robert Barron Boemer
bob.boemer@co.galveston.tx.us,
Counsel for Sheriff Trochesset, Chief Mary Johnson and Galveston County
Frank D Calvert
fcalvert@calvert-eaves.com,
Counsel for Galveston County
Douglas W Poole
dwpoole@mapalaw.com,
Counsel for Boon-Chapman Benefit Administrators Inc., Soluta, Inc, Soluta Health, Inc, Kathy White, aka, Kathy Jean Jordan, Will George, Robin Bartholomew, Melissa Faulk, Joe Lloreda, Monica Mccray, Josephine Irogbu, and Deborah Wiggins
Michael A Yanof
myanof@thompsoncoe.com,
Counsel for Dr. Teresa Becker, Dr. Harry L Faust, and Dr. Beach.